JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE CHO, | Case No. CV 19-10416 FMO (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARIA MONROY, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 17th day of November, 2020.

/s/
Fernando M. Olguin
United States District Judge